Decided February 21, 1991

### STATE OF CONNECTICUT *v.* VERONICA HART

The state of Connecticut's petition for certification for appeal from the Appellate Court, 23 Conn. App. 746, is granted, limited to the following issues:

"1. Did the Appellate Court correctly rule that the state may not satisfy its burden of proving the defendant is not drug-dependent by destroying the credibility of defense witnesses, even though drug dependency is not an element of General Statutes § 21a-278 (b)?

"2. Was the Appellate Court correct in not considering facts elicited by the state during cross-examination when it determined there was insufficient evidence of non-drug-dependency?

"3. Did the Appellate Court correctly conclude that the trial court's instructions were erroneous because

it instructed the jury to determine whether the defendant's evidence of drug dependency was credible?''

*Rita M. Shair,* deputy assistant state's attorney, in support of the petition.

*Susan Brown,* assistant public defender, in opposition.

Decided February 21, 1991